UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Margarita Maria Nunez<br><br>Plaintiff,<br><br>-v-<br><br>Equifax Information Services LLC, et al.,<br><br>Defendants. | 26-cv-4634 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Plaintiff has informed the Court that she has reached settlement agreements with defendants Hy Cite Corporation and Flagstar Bank, N.A. Accordingly, the Court hereby dismisses this case with prejudice, only as to those defendants, with leave to any party to move within 45 days from the date hereof to reinstate the case against either defendant, if the settlement agreements are not fully effectuated.

SO ORDERED.

New York, NY
August 10, 2026

JED S. RAKOFF, U.S.D.J.