UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARITA MARIA NUNEZ

Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, ET AL.,

Defendants.

26-4634

ORDER

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of the motion to dismiss filed by Rocket Mortgage, LLC and Nationstar Mortgage LLC on August 7, 2026. See ECF No. 42. Plaintiff's opposition to the motion was due on August 21, 2026. See ECF No. 36. As of September 18, 2026, Plaintiff has not filed an opposition to the motion to dismiss. Therefore, the motion is hereby granted.

SO ORDERED.

New York, NY
September 18, 2026

JED S. RAKOFF, U.S.D.J.