UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARITA MARIA NUNEZ,

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES LLC, ET AL.,

Defendants.

26 CIVIL 4634 (JSR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated September 18, 2026, the Defendant’s motion is hereby granted.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**